```
                                                                    2008-36153
                                                                      FILED
                                                                 November 04, 2008
                                                                 CLERK, U.S. BANKRUPTCY COURT
                                                                 EASTERN DISTRICT OF CALIFORNIA
                                                                    0001493473
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re )
    William M. Gray )
    Mary Lou Gray )
)   Case No.
)
)
               Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]     on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ]     typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ X ]     electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of ___8___ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:    October 18, 2008           /s/ William M. Gray
                                                             Debtor's Signature
DATED:    October 18, 2008           /s/ Mary Lou Gray
                                                  Joint Debtor's (if any) Signature

EDC 2-100   (Rev. 10/2007)

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

William M. Gray and Mary Lou Gray

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

Bank of America
P.O. Box 15027
Wilmington, DE 19850-5027

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Home Depot Credit Services
P.O. Box 6028
The Lakes, NV 88901-6028

Honda Financial Services
P.O. Box 5025
San Ramon, CA 94583-0925

Matt Bardasian
2325 Rock Hill Circle
Reno, NV 89509

Sutter Regional Medical Foundation
P.O. Box 255668
Sacramento, CA 95865-5668

Wachovia Mortgage
P.O. Box 659558
San Antonio, TX 78265-9558