FILED
December 09, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001550807

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>GRAY, WILLIAM M.<br><br>GRAY, MARY LOU<br><br>Debtors(s) | CASE NO. 08-36153-C-7<br><br>Chapter 7<br><br>[X] REPORT OF 341 MEETING<br>[ ] REQUESTS FOR DISMISSAL<br>[ ] INITIAL REPORT OF ASSET CASE<br>[X] REPORT OF NO ASSET CASE |

[X] **REPORT OF 341 MEETING BY TRUSTEE**

The Trustee Declares:
The meeting was held: 12/08/08
[X] Debtor(s) appeared
[X] Meeting concluded
[ ] Meeting was continued to: _____

[ ] Debtor did not appear
[ ] Co-debtor did not appear
[ ] Counsel did not appear
[ ] Debtor(s) failed to file all schedules or statement of financial affairs

[ ] Other _____

[ ] **REQUEST FOR NOTICE OF INTENT TO DISMISS CASE:**

The Trustee requests that the court issue a Notice of Intent to Dismiss:
[ ] Entire case
[ ] As to Debtor only
[ ] As to Co-debtor only, for the reason(s) declared above

[ ] **INITIAL REPORT OF TRUSTEE IN ASSET CASE**
The Trustee has determined that it is likely that there ARE ASSETS of the estate which are not fully exempted or are not fully unencumbered, available for liquidation and distribution to the creditors.
[ ] The Trustee requests a Notice to File Claims be sent to all creditors.

[X] **REPORT OF TRUSTEE IN NO-ASSET CASE**
The trustee reports that (s)he has not received any property of the estate, has made a diligent inquiry for assets of the estate and finds that there are NO ASSETS that are not exempted or fully encumbered, available for liquidation and distribution to the creditors.

I swear under penalty of perjury that the information provided above is true and correct.

Date: 12/09/08

/S/ James Michael Hopper
James Michael Hopper, Bankruptcy Trustee