FILED
February 05, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001646534

Certificate Number: 03844-CAE-DE-005439674

Bankruptcy Case Number: 08-36153

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 18, 2008, at 1:14 o'clock PM EST,

William Gray completed a course on personal financial

management given by internet and telephone by

Start Fresh Today Instructional, LLC,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Eastern District of California.


Date: November 18, 2008        By      /s/Jason Kirk

                               Name    Jason Kirk

                               Title   Educator